# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **AMJAD MASAD,** *Plaintiff,* v. **RANDALL FINE,** *in his official capacity as a member of the U.S. House of Representatives and his individual capacity,* *Defendant.* | Case No. 6:26-cv-00442 **DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

I, Amjad Masad, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am a United States citizen, and I reside in Santa Clara County, California.

2. I am the founder of a technology company called Replit.

3. I am a Muslim, born in Jordan. I immigrated to the United States in 2012 and became a citizen in 2019.

4. I am active on the social media platform known as X (formerly Twitter) since joining the platform in 2010.

5. I use it to provide and obtain information about politics, current events, technology, and many other subjects.

6. I frequently comment upon the posts of other individuals, including politicians.

7. I regularly interact with people on Twitter, including public figures and politicians.

8. Having been raised in Jordan with roots in Palestine, I am particularly interested in dialogue surrounding issues related to Israel, Palestine, Gaza, and the Middle East, along with other political issues.

9. Randall Fine, who represents Florida's Sixth District in the United States Congress, runs at least two accounts on X.

10. One of these accounts has the handle @repfine and the name "Congressman Randy Fine." Defendant uses the @repfine account to post updates about legislation, public policy positions, and congressional activities.

11. The account contains photographs from official events and statements made in his capacity as a Member of Congress. It is used to communicate with constituents regarding governmental matters and functions as a public-facing channel for official communications. For example, the account has posted updates regarding pending legislation and official events in Florida's Sixth Congressional District.

12.	Fine's description for this account is "Husband and father proudly serving Florida's 6th Congressional District.  Pronouns:  Hebrew/Hammer."

13.	The other has the handle @voterandyfine and name "Randy Fine," and Fine likewise uses this account for official purposes.

14.	Fine is well-known for his extremely pro-Israel, anti-Muslim and anti-Palestinian positions and rhetoric.

15.	For example, Fine has tweeted in the past that "Palestinian is a synonym for evil"; that Palestinian "culture is the embodiment of evil. Destroy it all"; and called for "the streets of Gaza [to] overflow with the blood of these animals" [Palestinians in Gaza].

16.	On or about February 15, 2026, Fine responded from his Official Account, @repfine, "If they force us to choose, the choice between dogs and Muslims is not a difficult one."

17.	This was not an isolated post expressing animosity towards Arabs, Muslims, and Palestinians, as discussed above.

18.	In response to Fine's post about dogs and Muslims, I commented "Are you talking about what's for lunch?"

19.	The purpose of this remark was to shed light on Fine's bigoted rhetoric about Muslims, while injecting humor into the dialogue.

20. Within half an hour, Fine blocked me from his @repfine account using X's block feature and hid the tweet. This means I cannot comment, repost, quote post, or otherwise interact with his account.

21. I intend to continue engaging in political discussion on X, including responding to posts by elected officials such as Defendant. Being blocked prevents me from participating in real-time public debate on matters of public concern and from petitioning a U.S. representative in the same forum made available to other members of the public. I would comment again if unblocked.

22. To the best of my knowledge, at the time of signing this Declaration, I remain blocked from Fine's @repfine account.

_____                    03/02/2026_____

Signed                                              Dated