# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **AMJAD MASAD,** *Plaintiff*, v. **RANDALL FINE,** *in his official capacity as a member of the U.S. House of representatives and his individual capacity,* *Defendant*. | Case No. 6:26-cv-00442<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT** |

Pursuant to Local Rule 3.01, Plaintiff respectfully requests oral argument on Plaintiff's Motion for Preliminary Injunction. Plaintiff anticipates that oral argument will require approximately 30 minutes.

Because this motion raises complex First Amendment issues and Plaintiff seeks expedited injunctive relief, oral argument would assist the Court in addressing those constitutional questions as well as the factual context underlying Plaintiff's claims.

Dated: March 3, 2026

Respectfully submitted,

*/s/ Malak Afaneh*
Staff Attorney

mafaneh@adc.org
(*pro hac vice* forthcoming)
*Attorney for Plaintiff*


*/s/ Hassan Shibly*
MUSLIM LEGAL
Florida Bar # 94314
10730 N. 56th Street, Suite 208
Tampa, Florida 33617
hassan@shiblylaw.com
legal@shiblylaw.com
Telephone: (786) 772-4786