# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AMJAD MASSAD,<br><br>          *Plaintiff*,<br><br>v.<br><br>RANDALL FINE, *in his official capacity as a Member of the U.S. House of Representatives, and in his personal capacity*,<br><br>          *Defendant*. | CASE NO. 6:26-CV-00442 |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S TIME-SENSITIVE MOTION FOR ALTERNATIVE SERVICE OF DEFENDANT RANDALL FINE**

1. I, Deyar Jamil, make this affidavit in support of Plaintiff's Unopposed Motion for Alternative Service of Defendant Randall Fine. The following facts are submitted to show that Plaintiff has made diligent efforts to personally serve Congressman Fine and should be entitled to serve him by alternative methods permitted by Florida law, including: (1) service on the Florida Secretary of State as statutory agent for the Defendant through personal service; and (2) service by certified or registered mail to the Defendant's last-known residential address. On February 25, 2026, Plaintiff filed his Complaint. *See* ECF 1.

2. The Complaint provides that Plaintiff is suing Defendant Fine in his "individual capacity," as well as in his official capacity.

1

3. On March 4, 2026, this Court issued a summons for Defendant Fine.

4. On March 5, 2026, I sent the Complaint, Summons, Motion for Preliminary Injunction, Memo of Law, and Exhibit (A), and Motion to Orally Argue to a professional service company, Proof, to personally serve Defendant Fine at both his residence and his place of employment.

5. Upon information and belief, Defendant Fine maintains an official Congressional office in Washington, DC.

6. On March 5, 2026, Proof informed me that process server Donald Uzochukwu attempted service of process to Defendant Fine at his Congressional Office in Washington, DC, but that Defendant Fine's staff member—while acknowledging he worked there—refused to accept service.

7. On March 6, 2026, Proof shared a video recording of Mr. Uzochukwu's conversation with two members of Defendant Fine's staff on March 5, 2026.

8. I reviewed the video recording of Mr. Uzochukwu's conversation with Defendant Fine's staff members. The staff member who spoke said his name was "Jason" and identified himself as Congressman Fine's Chief of Staff. In the video, Mr. Uzochukwu stated that he was there to serve Randall Fine. Jason responded that Congressman Fine was not there and that he was not authorized to receive service. Jason advised that the server should "follow the law and deliver it to the Congressman himself."

9. I can provide a video recording of this incident to the Court upon request.

10. I reviewed Congressman Fine's official website, which lists his chief of staff as Jason Fischer.

11. On March 6, 2026, I requested that Proof have Mr. Uzochukwu complete the Proof of Service affidavit in the Summons and return it to me.

12. On March 9, 2026, Proof returned the completed Proof of Service affidavit to me. *See* Ex. B.

13. Upon information and belief, Defendant Fine resides in Melbourne Beach, Florida, which is his last-known place of residence according to my search of publicly available records and information.

14. On March 5, 2026, Proof informed me that process server Timothy Jace attempted service of process to Defendant Fine at his place of residence in Melbourne Beach, Florida, but that Defendant Fine's security staff member refused to allow Mr. Jace to see Defendant Fine, that the staff member would not accept service, and that Mr. Jace had to leave the premises immediately. Proof informed me that Defendant Fine's staff member took photos of Mr. Jace and Mr. Jace's vehicle before Mr. Jace left the premises.

15. I requested Proof make another attempt to serve Defendant Fine at his place of residence.

16. On March 6, 2026, Proof informed me that Defendant Fine's staff had made a false complaint against Mr. Jace to local law enforcement and that Mr. Jace had to go to the police department before attempting service again.

17. I spoke with Mr. Jace who informed me that Defendant Fine's staff made a complaint to Melbourne Beach Police Department that Mr. Jace had impersonated a law enforcement officer at the home of Congressman Fine. Mr. Jace was very upset by the false accusation.

18. Mr. Jace informed me that he had spoken with a friend who is an attorney about the matter. The attorney friend told him that Congressman Fine had a history of evading service and that Congressman Fine could create trouble for Mr. Jace.

19. Mr. Jace informed me that he felt threatened, that he was concerned about his safety, and that he did not want Congressman Fine to go after him or his family for attempting to serve the Summons on him.

20. Proof advised me that for the server's safety they suggested closing the service request and sending to the local sheriff to complete service. Proof informed me that process by the sheriff would take 6 to 8 weeks to complete and cost an additional $160.

21. Mr. Jace later informed me that the attorney friend called the Melbourne Beach Police Department to inform them that Mr. Jace was a lawful process server.

4

22. Mr. Jace expressed concern about returning to Defendant Fine's residence again. I was concerned for Mr. Jace's safety and did not want to be responsible for placing him in harm's way. I informed Mr. Jace that he should not attempt service again on Defendant Fine. Mr. Jace was relieved that he would not have to return to Defendant Fine's residence.

23. I requested Proof to have Mr. Jace complete the Proof of Service affidavit in the Summons with details about his attempt to serve Defendant Fine.

24. On March 6, 2026 Proof returned the completed Proof of Service affidavit to me. *See* Ex. C.

25. The total of these failed attempts to serve Congressman Fine was $462.

26. Receipts for these costs are attached in support of this affidavit. *See* Ex. D.

I solemnly swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed: Traverse City, MI                                          /s/ Deyar Jamil

March 9, 2026