**EXHIBIT B**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |
|---|---|
| AMJAD MASAD | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:26-cv-00442 -ACC-RMN |
| RANDALL FINE, in his official capacity as a Member of the U.S. House of Representatives and in his individual capacity | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Randall Fine
> 103 OAK ST
> MELBOURNE BEACH FL 32951

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JENIN YOUNES AND MALAK AFANEH
> AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
> 910 17th Street NW, Suite 1000
> Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Janet Gonzalez

Date: ___March 4, 2026___     _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-00442-ACC-RMN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Randall Fine

was received by me on *(date)*    3/5/2026

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0

I declare under penalty of perjury that this information is true.

Date:  03/09/2026

_____
Server's signature

Donald Yjoclunkurst
Printed name and title

1913 Treetop LN Silver Spring MD 20904

_____
Server's address

Additional information regarding attempted service, etc:


Print    Save As...    Reset

# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **AMJAD MASAD** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 6:26-cv-00442-ACC-RMN |
| **RANDALL FINE, in his official capacity as a member of the U.S. House of representatives and his individual capacity** | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF NONSERVICE

I, Donald Uzochukwu, state:

I am 18 years or older and not a party to this action.

I received the following documents on March 5, 2026, at 2:30 pm. After careful inquiry and diligent attempts, I was unable to serve Randall Fine as I could not find the subject or information as to the location of the subject's whereabouts.

NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
SUMMONS IN A CIVIL ACTION

Serve Attempt #1
Date / Time: March 5, 2026 3:39 pm
Address: 244 Cannon House Building, Washington, DC 20515
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=38.8866871538,-77.0058249569
Description of attempt: I spoke with the receptionist/front desk staff. They confirmed that the subject works at this location but was unavailable. Observed no relevant details during this attempt. No additional contacts were made.

Total Cost: $231.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Signature
Executed in _Montgomery County_,    Donald Uzochukwu
_09_ on _March 2025_                +1 (256) 964-2854
                                    1913 , Apt 34, Silver Spring , MD 20904

