# EXHIBIT C

Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-00442

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Randall Fine**
was received by me on *(date)* **3/5/2026** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I spoke with a building employee. Security is telling me that I need to leave premises. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.

Fine's security refused to accept service, photographed me and my vehicle license plate, called the police, and filed a false complaint against me, resulting in the police department contacting me.

My fees are $ _____ for travel and $ **231.00** for services, for a total of $ **231.00**

I declare under penalty of perjury that this information is true.

Date: _____

*Timothy Jace*
Server's signature

Timothy Jace
Printed name and title

564 North Wickham Rd , 121, Melbourne, FL 32935
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

AMJAD MASAD

*Plaintiff(s)*

v.

RANDALL FINE, in his official capacity as a Member of the U.S. House of Representatives and in his individual capacity

*Defendant(s)*

Civil Action No. 6:26-cv-00442 -ACC-RMN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Randall Fine
103 OAK ST
MELBOURNE BEACH FL 32951

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JENIN YOUNES AND MALAK AFANEH
AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street NW, Suite 1000
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Janet Gonzalez

Date: March 4, 2026

*Signature of Clerk or Deputy Clerk*

Exhibit 1a)

