## RETURN OF SERVICE

SHERIFF NUMBER: 26001351

PARTY TO BE SERVED
RANDALL FINE
103 OAK STREET
MELBOURNE BEACH, FL 32951

ATTORNEY / PETITIONER
JENIN YOUNES AND MALAK AFANEH
910 17TH STREET NW
SUITE 1000
WASHINGTON, DC 20006

PLAINTIFF:   AMJAD MASAD
   -VS-
DEFENDANT:   RANDALL FINE, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE U.S. HOUSE OF REPRESENTATIVES AND IN HIS INDIVIDUAL CAPACITY

TYPE OF WRIT: SUMMONS IN A CIVIL ACTION/COMPLAINT FOR DECLATRORY AND INJUNCTIVE RELIEF/NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

COURT:   UNITED STATES DISTRICT COURT FOR THE
         MIDDLE DISTRICT OF FLORIDA
CASE #:  626CV00442

COURT DATE:
COURT TIME:

Received the above-named writ on March 12, 2026, at 10:11 AM, and SERVED the same on the 16th day of March 2026, at 12:33 PM. Service was completed at 103 OAK STREET MELBOURNE BEACH, FL 32951 in BREVARD County, Florida, as follows:

SUBSTITUTE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to the person's spouse, to wit: WENDY LEE FINE and informing said person of their contents.
SERVED BY MAJOR CASTIELLO  ID 242

SERVICE COST: PROCESS ($40.00) Total: $40.00
M.W., CIVIL CLERK

WAYNE IVEY, SHERIFF
BREVARD COUNTY, FLORIDA

COURT:
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

BY:_____
      JAIL/SWORN, Badge #

FL

910 17TH STREET NW
SUITE 1000
WASHINGTON, DC 20006

Case 6:26-cv-00442-ACC-RMN   Document 15   Filed 03/04/26   Page 1 of 2 PageID 102

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2026 MAR 12 10:11:56

AMJAD MASAD

Plaintiff(s)

v.

Civil Action No. 6:26-cv-00442 -ACC-RMN

RANDALL FINE, in his official capacity as a Member of the U.S. House of Representatives and in his individual capacity

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Randall Fine
103 OAK ST
MELBOURNE BEACH FL 32951

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JENIN YOUNES AND MALAK AFANEH
AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE
910 17th Street NW, Suite 1000
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Janet Gonzalez

Date: March 4, 2026

Signature of Clerk or Deputy Clerk

Case 6:26-cv-00442-ACC-RMN    Document 15    Filed 03/04/26    Page 2 of 2 PageID 103

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-00442-ACC-RMN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Randall Fine
was received by me on *(date)* 03-13-26 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Wendy Lee Fine (spouse) , who is
designated by law to accept service of process on behalf of *(name of organization)* Randall Fine
on *(date)* 03-16-26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 03-16-26

Server's signature: Maj. [signature] 242

Printed name and title: Maj. Chris Castello

Server's address: 2825 Judge From Jamieson Way, [illegible], Fl 32440

Additional information regarding attempted service, etc:

[Print]    [Save As...]                                   [Reset]