**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| AMJAD MASAD,<br><br>               *Plaintiff*,<br><br>   v.<br><br>RANDALL FINE,<br><br>             *Defendant*. | Case No.<br>6:26-cv-00442-ACC-RMN |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION**

Defendant the Honorable Randall Fine, U.S. Representative for the 6th Congressional District of Florida, respectfully moves for a two-week extension of time to respond to Plaintiff Amjad Masad's Motion for Preliminary Injunction, ECF No. 10, and in support states:

1. On February 25, 2026, Plaintiff filed a Complaint, ECF No. 1, against Representative Fine.

2. On March 3, 2026, Plaintiff filed a Motion for Preliminary Injunction, ECF No. 10.

3. Plaintiff filed proof of service of the Complaint and the Motion for Preliminary Injunction on Representative Fine, the U.S. Attorney for the Middle

District of Florida, and the Attorney General, indicating that Representative Fine was served on March 16, 2026, *see* ECF Nos. 24, 25.

4.     Defendant's response to the Motion for Preliminary Injunction is therefore currently due on March 30, 2026.  Should this extension be granted, it would be due on April 13, 2026.

5.     Defendant requests this extension because of ongoing discussions between the parties regarding this litigation.

6.     Pursuant to Middle District of Florida Local Rule 3.01(g), counsel for Representative Fine and Plaintiff have conferred regarding the extension requested in this motion.  Plaintiff consents to the extension.

<div align="center">

**MEMORANDUM OF LAW**

</div>

Fed. R. Civ. P. 6(b) permits extensions of time when the request is made with good cause and in advance of the originally prescribed deadline.  Such extensions "should be liberally granted absent a showing of bad faith … or undue prejudice."  *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th. Cir. 2017) (citation omitted).  Here, the relief has been requested ahead of the current response deadline of March 30, 2026, is unopposed, and, given ongoing discussions between the parties, good cause supports extending the response deadline.

<div align="center">

2

</div>

WHEREFORE, Defendant respectfully requests that the Court enter an

Order granting an extension of time, up through and including April 13, 2026, for

Defendant to file a response to Plaintiff's Motion for Preliminary Injunction.

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Matthew B. Berry*
MATTHEW B. BERRY (VA Bar No. 42600)
  *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
  *Deputy General Counsel*
KENNETH C. DAINES (DC Bar No. 1600753)
  *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL[1]
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Matthew.Berry@mail.house.gov

</div>

March 25, 2026

<div style="margin-left:40%">

*Counsel for Defendant the Honorable Randall Fine*

</div>

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

## LOCAL RULE 3.01(g) CERTIFICATE

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff on the relief sought in this motion.  The parties agree on the resolution of this motion.

*/s/ Matthew B. Berry*
Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

*/s/ Matthew B. Berry*
Counsel of Record