**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

AMJAD MASAD,

                *Plaintiff,*

    v.

RANDALL FINE,

                *Defendant.*

Case No.
6:26-cv-00442-ACC-RMN

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION**

Defendant the Honorable Randall Fine, U.S. Representative for the 6th

Congressional District of Florida, respectfully moves for an additional two-week

extension of time to respond to Plaintiff Amjad Masad's Motion for Preliminary

Injunction, ECF No. 10, and in support states:

1.      On February 25, 2026, Plaintiff filed a Complaint, ECF No. 1, against

Representative Fine.

2.      On March 3, 2026, Plaintiff filed a Motion for Preliminary Injunction,

ECF No. 10.

3.      Plaintiff filed proof of service of the Complaint and the Motion for

Preliminary Injunction on Representative Fine, the U.S. Attorney for the Middle

District of Florida, and the Attorney General, indicating that Representative Fine was served on March 16, 2026, *see* ECF Nos. 24, 25.

4.     On March 25, 2026, Defendant moved for a two-week extension of time to file a response to the Motion for Preliminary Injunction, ECF No. 26, which the Court granted on March 26, 2026, ECF No. 27.

5.     Defendant's response to the Motion for Preliminary Injunction is therefore currently due on April 13, 2026.  Should this requested extension be granted, it would be due on April 27, 2026.

6.     Defendant requests this additional extension to facilitate discussions between the parties that remain ongoing regarding the potential resolution of this litigation.

7.     Pursuant to Middle District of Florida Local Rule 3.01(g), counsel for Representative Fine and Plaintiff have conferred regarding the extension requested in this motion.  Plaintiff consents to the extension.

### MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b)(1)(A) permits extensions of time when the request is made with good cause and before the original deadline or "its extension" expires. Such extensions "should be liberally granted absent a showing of bad faith … or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th. Cir. 2017) (citation omitted).  Here, the relief has been requested ahead

of the current response deadline of April 13, 2026, is unopposed, and, because

additional time is necessary to facilitate ongoing discussions between the parties

about the potential resolution of this litigation, there is good cause to support

extending the response deadline, including the promotion of judicial economy.

WHEREFORE, Defendant respectfully requests that the Court enter an

Order granting an extension of time, up through and including April 27, 2026, for

Defendant to file a response to Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

*/s/ Matthew B. Berry*
MATTHEW B. BERRY (VA Bar No. 42600)
  *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
  *Deputy General Counsel*
KENNETH C. DAINES (DC Bar No. 1600753)
  *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Matthew.Berry@mail.house.gov

April 8, 2026                    *Counsel for Defendant the Honorable Randall Fine*

3

## LOCAL RULE 3.01(g) CERTIFICATE

I hereby certify that counsel for Defendant has conferred with counsel for

Plaintiff on the relief sought in this motion.  The parties agree on the resolution of

this motion.

/s/ Matthew B. Berry
Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

*/s/ Matthew B. Berry*
Counsel of Record