**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

AMJAD MASSAD,

*Plaintiff,*

v.

RANDALL FINE, *in his official capacity as a Member of the U.S. House of Representatives, and in his personal capacity,*

*Defendant.*

CASE NO. 6:26-CV-00442

**TIME-SENSITIVE MOTION FOR CONTINUANCE ON HEARING, ALTERNATIVELY FOR PERMISSION TO APPEAR REMOTELY, OR FOR CLARIFICATION**

**TIME-SENSITIVE MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION MOTION, OR ALTERNATIVELY TO APPEAR REMOTELY, OR FOR CLARIFICATION**

Plaintiff Amjad Masad, by and through undersigned counsel, respectfully moves for a brief continuance of the hearing on his Preliminary Injunction Motion currently set for April 21, 2026, or in the alternative for permission to appear remotely, or for clarification of the scope of the hearing.

1. Plaintiff filed his Complaint for Declaratory and Injunctive Relief on February 25, 2026 (Dkt. 1). He filed a Motion for Preliminary Injunctive relief on March 3, 2026 (Dkt. 10).

2. Due to difficulties serving Defendant, service of the Complaint and Preliminary Injunction Motion was not effectuated until March 16, 2026 (Dkt. 24).

1

3.  On March 26, 2026, the Court entered a Notice of Hearing (Dkt. 28) setting a hearing for April 21, 2026, at 9:30 a.m., referencing Plaintiff's Motion for Oral Argument (Dkt. 11) on his Motion for Preliminary Injunction (Dkt. 10).

4.  Defendant subsequently sought and obtained extensions of time to respond to the Motion for Preliminary Injunction (Dkts 26, 27, 31, 32). The operative deadline for Defendant's opposition is now April 20, 2026, which is the day before the currently scheduled hearing (Dkt. 32).

5.  If the April 21 date is for oral argument on the preliminary injunction motion (as opposed to a calendar date for consideration of the motion to orally argue), the existing schedule would not afford Plaintiff an adequate opportunity to review Defendant's arguments, seek permission to file a reply if warranted, file a reply if such permission is granted, and prepare for oral argument.

6.  Accordingly, Plaintiff requests that oral argument be briefly delayed and set for a date in the near future that is convenient for the Court.

7.  In the event the Court maintains the April 21, 2026, hearing date, Plaintiff respectfully requests leave for his counsel to appear remotely via videoconference or telephonically given the very tight timing and need for travel if the hearing is held in person.

8.  Alternatively, Plaintiff respectfully requests clarification as to whether the April 21, 2026, calendar date is intended to be for (a) oral argument on his Preliminary Injunction Motion (Dkt. 10), or (b) a calendar date for consideration of Plaintiff's request for oral argument.

9. Plaintiff has made a good-faith effort to confer with Defendant's counsel regarding the relief requested in this motion but has not yet received a response, although based on previous correspondence, Plaintiff believes Defendant's counsel would also prefer a short continuance of the hearing date if such date is for oral argument on the Motion for Preliminary Injunction.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) move the April 21 2026, hearing to a slightly later date convenient to the Court; (2) alternatively, grant Plaintiff's request for his counsel to appear remotely via videoconference or telephone; (3) alternatively, clarify the scope of the April 21 hearing and; (4) grant such other relief as the Court deems just and proper.

DATED: April 18, 2026                                    Respectfully submitted,


                                                         /s/ *Malak Afaneh*
                                                         Staff Attorney
                                                         Lead Counsel for Plaintiff
                                                         mafaneh@adc.org
                                                         (*pro hac vice*)

                                                         /s/ *Jenin Younes*
                                                         National Legal Director
                                                         jyounes@adc.org
                                                         (*pro hac vice*)

                                                         AMERICAN-ARAB
                                                         ANTI-DISCRIMINATION
                                                         COMMITTEE
                                                         910 17th Street Northwest,
                                                         Suite 1000
                                                         Washington, D.C. 20006
                                                         Telephone: (202) 244-2990

3

/s/ *Hassan Shibly*
MUSLIM LEGAL
Florida Bar # 94314
10730 N. 56th Street, Suite 208
Tampa, Florida 33617
hassan@shiblylaw.com
legal@shiblylaw.com
Telephone: (786) 772-4786

*Attorneys for Plaintiff*

4