**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| AMJAD MASAD,<br><br>        *Plaintiff,*<br><br>    v.<br><br>RANDALL FINE,<br><br>        *Defendant.* | Case No.<br>6:26-cv-00442-ACC-RMN |

## DECLARATION OF THE HONORABLE RANDALL FINE

Pursuant to 28 U.S.C. § 1746, I, Randall Fine, hereby declare as follows:

1.    I am the defendant in the above-captioned case. I make this declaration in support of my Response in Opposition to Plaintiff's Motion for Preliminary Injunction.

2.    I am currently the U.S. Representative for Florida's Sixth Congressional District. I began serving in this role on April 2, 2025, following my election on April 1, 2025, and have served in that capacity at all times relevant to this litigation.

3.    In my role as a Representative, I operate an X.com account with the handle @repfine and the name "Congressman Randy Fine."

4.    I also operate a separate, personal campaign account on X with the handle @voterandyfine and the name "Randy Fine."

5.    On February 15, 2026, the account @amasad was blocked from directly engaging with my @repfine X account.

6.    On February 25, 2026, Plaintiff filed the instant lawsuit. To the best of my knowledge, Plaintiff never contacted me or my congressional office to try and resolve this matter before filing suit.

7.    On April 13, 2026, the account @amasad was unblocked from my @repfine account. To the best of my knowledge, this has fully restored @amasad's ability to interact and engage with my @repfine account.

8.    The account @amasad is also not blocked from my @voterandyfine account.

9.    I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this 20th day of April 2026.

_____
Randall Fine

2