**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMJAD MASAD,

    **Plaintiff,**

v.              **Case No: 6:26-cv-442-ACC-RMN**

RANDALL FINE,

    **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

| |
| --- |
| None.  While Plaintiff indicates in his Notice of Pendency of Other Actions that *Baker v. Fine*, No. 5:26-cv-00135 (M.D. Fla.) is related to the instant action, Defendant disagrees. |
| |

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon Plaintiff the same day as the filing of this Notice and upon any future party no later than fourteen days after appearance of that party.

Dated: April 29, 2026

/s/ Matthew B. Berry
_____
Matthew B. Berry
 *General Counsel*
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
202-225-9700

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I caused the foregoing document to

be filed via this Court's CM/ECF system, which I understand caused service on

all registered parties.


*/s/ Matthew B. Berry*
Counsel of Record