**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

AMJAD MASAD,

*Plaintiff,*

v.

RANDALL FINE,

*Defendant.*

Case No.
6:26-cv-00442-ACC-RMN

**DECLARATION OF THE HONORABLE RANDALL FINE IN SUPPORT
OF HIS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Randall Fine, hereby declare as follows:

1.      I am the defendant in the above-captioned case. I make this declaration in support of my Motion To Dismiss Plaintiff's Amended Complaint.

2.      I am currently the U.S. Representative for Florida's Sixth Congressional District. I began serving in this role on April 2, 2025, following my election on April 1, 2025, and have served in that capacity at all times relevant to this litigation.

3.      In my role as a Representative, I operate an X.com account with the handle @rep fine and the name "Congressman Randy Fine." I have also authorized certain senior members of my Congressional staff to access and operate the

@repfine account on my behalf. Besides myself, these staff members are the only individuals authorized to access and operate the @repfine account.

4. I also operate a separate, personal campaign account on X with the handle @voterandyfine and the name "Randy Fine."

5. On February 15, 2026, I blocked the account @amasad from directly engaging with my @repfine X account.

6. On February 25, 2026, Plaintiff filed the instant lawsuit. To the best of my knowledge, Plaintiff never contacted me or my congressional office to try and resolve this matter before filing suit.

7. On April 13, 2026, at my direction, a member of my staff unblocked the account @amasad from my @repfine account. To the best of my knowledge, this has fully restored @amasad's ability to interact and engage with my @repfine account.

8. The account @amasad is also not blocked from my @voterandyfine account.

9. Because issues related to the administration of my social media accounts were occupying too much of my time and my staff's time, after careful consideration, I decided to formalize and restructure the administration of my official social media accounts, including the @repfine account. Therefore, on May 11, 2026, a member of my staff posted a social media account policy on my

2

official Congressional website at my direction, https://perma.cc/4H9T-SSFF, with a link to that policy prominently displayed on the @repfine account after the heading "Account Guidelines." The policy was the product of substantial deliberation with both my staff and the Office of General Counsel of the U.S. House of Representatives to develop a workable and First Amendment-complaint policy. The policy outlines the criteria by which discussions on the @repfine X account will be moderated, effective as of the time of posting. A true and accurate depiction of this policy and its link on the @repfine X page are attached hereto as Exhibits A and B. I believe this policy will allow me and my office to spend less time and attention on issues related to the administration of my official social media accounts and more time on other important matters impacting my constituents.

10.    In accordance with the policy, I (as well as anyone operating the @repfine account on my behalf) am committed to implementing this social media policy in a viewpoint-neutral manner when moderating future activity on the @repfine account, including with respect to Plaintiff. I have instructed my Congressional staff that I am the only one with authority to block Plaintiff's account or any account from the @repfine account. I specifically commit that Plaintiff will not be blocked from the @repfine account based on his expressed viewpoints.

3

11.    Additionally, prior to implementing this new policy, everyone who was blocked from the @repfine account was unblocked. No one is currently blocked from the @repfine account, and no one has been blocked since the implementation of the policy.

12.    I commit to enforcing a posted social media policy for my official X account in a viewpoint neutral manner for the remainder of my time in Congress.

13.    I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this 20ᵗʰ day of July 2026.

_____
Randall Fine

4

# Exhibit A

244 Cannon House Office Building
(202) 225-2706

English





## Account Policy & Community Guidelines

**Account Policy & Community Guidelines**

The purpose of this account is for Congressman Fine to share information with the residents of the 6th Congressional District of Florida about his activities on their behalf, public meetings, policy positions, and constituent services.

We welcome open dialogue, but please note that this is a moderated online discussion site and not an unlimited public forum. Comments will be monitored and must comply with X policy and these guidelines. The following content is subject to removal and enforcement on a viewpoint-neutral basis:

·      Campaign-related activity, fundraising, or political advertising;

- Threats, incitement of violence, or harassment or intimidation directed at any individual;
- Obscene or sexually explicit content;
- "Spam," such as content that appears to be from internet bots or repetitive, copy-paste statements, images, or videos;
- Misrepresentation of the commenter's identity or affiliation; or fake images or photos presented as real; and
- Private, personally identifiable information about another individual.

**Violations & Enforcement**

To maintain a constructive environment, the following enforcement policy applies:

- Comments which violate this policy may be hidden or removed.
- Repeated violations of the policy may result in a temporary limitation on the user's ability to interact with the @repfine account.

Appeals or questions can be emailed to: randyfinepress@mail.house.gov



## Washington, DC Office

244 Cannon House Office Building
Washington, DC 20515
T: (202) 225-2706
**Directions**

## Marion County District Office

5350 SE 110th St
Belleview, FL 34420

(By appointment only)

T: (386) 279-0707

**Directions**

## Volusia County District Office

120 South Florida Ave

Deland, FL 32720

(By appointment only)

T: (386) 279-0707

**Directions**

## Putnam County District Office

2509 Crill Ave

Suite 200

Palatka, FL 32177

(By appointment only)

T: (386) 279-0707

**Directions**

## Lake County District Office

51 E Norton Ave

Eustis, FL 32726

(By appointment only)

T: (386) 279-0707

**Directions**

## St. Johns County District Office

400 E Harris Street

Hastings, FL 32145

(By appointment only)

T: (386) 279-0707

**Directions**

## Flagler County District Office

2400 Commerce Parkway

Bunnell, FL 32110

(By appointment only)

T: (386) 279-0707

**Directions**

PRIVACY        CONTACT

HOUSE.GOV        ACCESSIBILITY

# Exhibit B

 

**Congressman Randy Fine** ☑ 🔺
5,015 posts



# Congressman Randy Fine ☑ 🔺
@RepFine

Husband and father proudly serving Florida's 6th Congressional District. Newest member of the House @freedomcaucus. Account Guidelines: bit.ly/42vqzCZ

◎ Washington, DC    🔗 fine.house.gov    📅 Joined April 2025

**713** Following    **161.1K** Followers

Posts          Replies          Articles          Media